**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Nathanael Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **Jesusobed Tellezrios**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **0971 5:26CR00490**

**Date:** **10/9/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Kim Do | (408) 535-5224 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

*A.* *Defendant must remain at his residence at all times except for employment, medical, substance abuse treatment, attorney visits, court appearance, court-approved obligations, or other activities approved in advance by the Court.*

B. ____________________

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| | |
|---|---|
| [signature] | October 9, 2026 |
| **JUDICIAL OFFICER** | **DATE** |